**Order filed August 14, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00367-CV**

_____

**DONTERIAN G. HECTOR, Appellant**

**V.**

**ECONOMY MUD PRODUCTS COMPANY, Appellee**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2012-36539**

---

# O R D E R

Appellant's brief was due July 28, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 15, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM